Date: 08/03/10      DIVIDENDS REMITTED TO THE COURT   # 150708      Page:

Case Number 09-20031 - GEORGE, LISA M

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Lake County Dept. of Utilities<br>125 E. Erie St., Ste. 7<br>Painesville, OH 44077<br>   (1-1) water and sewer | 000001 | 187.64 | 2.92 |
| Time Warner Cable<br>PO 0901<br>Carol Stream, IL 60132-0901 | 000003 | 31.54 | 0.49 |
| ---------- Remittance Total --------------- | | 219.18 | 3.41 |

*[signature]*
MARY ANN RABIN, Trustee

Printed: 08/03/10 02:45 PM   Ver: 15.10d

09-20031-pmc    Doc 28    FILED 08/05/10    ENTERED 08/05/10 13:22:24    Page 1 of 1